IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

          v.

MATTHEW SCHUSTER,

                Defendant.

ORDER

3:04-cr-00075-bbc
3:07-cv-00614-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Matthew Schuster has filed a motion for vacation of sentence pursuant to 28 U.S.C. § 2255.  He contends that his sentence is illegal because he had ineffective assistance of counsel.

The government may have until December 28, 2007, in which to file and serve a response to the motion and to advise the court whether it believes an evidentiary hearing is needed.  Defendant Schuster may have until January 11, 2008, in which to serve and file a reply.

Entered this 6th day of December, 2007.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1